UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CIV. 4851

| GARWARE-WALL ROPES, LTD. | |
|---|---|
| Plaintiff, | Case No. |
| v. | JUDGE LEISURE |
| LAURUS MASTER FUND, LTD. | Rule 7.1 Statement |
| Defendant. | FILED JUN - 6 2007 USDC WP SDNY |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Garware-Wall Ropes, Ltd. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, Garware-Wall Ropes, Ltd., which are publicly held.

Date: 6/7/07

/s/ Geraldine Chevereh
Signature of Attorney

Attorney Bar Code: GAC 1747