07/10/2007 15:52   9149495424                ECKERT SEAMANS                    PAGE 02/02
                       7/9/2007 11:23:46 AM   PAGE   3/003   Fax Server

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARWARE WALL ROPES, LTD.,

Plaintiff,

-against-

LAURUS MASTER FUND, LTD.

Defendant.

No. 07 CIV 4851 (PKL)

STIPULATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/07

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, that the time within which Defendant Laurus Master Fund, Ltd., may answer, move or otherwise respond to Plaintiff's Complaint has been adjourned to August 1, 2007. This stipulation may be signed in counterparts, and signatures by facsimile should be deemed as good as originals.

DATED:    New York, New York
          July 9, 2007

ECKERT SEAMANS CHERIN
MELLOTT, LLC
Attorneys for Plaintiff
GARWARE WALL ROPES, LTD.

By: _____
Steven R. Kramer, Esq. (SRK 2097)
Geraldine A. Cheverko, Esq. (GAC 1747)
81 Main Street, Suite 307
White Plains, NY 10601
(914) 949-2909

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
Attorneys for Defendant
LAURUS MASTER FUND, LTD.

By: _____
Ross J. Elliot, Esq. (RE 9117)
900 Third Avenue, 16th floor
New York, NY 10022-4728
(212) 752-8000

SO-ORDERED: 7/16/07
_____
U.S.D.J

43520/0016-3106518v1