IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARWARE WALL ROPES, LTD.,                    No. 07 CIV. 4851

　　　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　**AFFIDAVIT OF SERVICE**

　　-against-

LAURUS MASTER FUND, LTD.

　　　　　　　　Defendant.

STATE OF NEW YORK　　　　　)
　　　　　　　　　　　　　　)　ss
COUNTY OF NEW YORK　　　　)

WILLIAM MONGE, being duly sworn, deposes and says:

I am a resident of the State of New York, over the age of eighteen years, and not a party to the within action. My business address is Cole, Schotz, Meisel, Forman & Leonard, P.A., A Professional Corporation, 900 Third Avenue, New York, NY 10022. On July 31, 2007, I served the within **ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT LAURUS MASTER FUND, LTD.** via FIRST CLASS MAIL at the address(es) set forth below:

　　　　Steven R. Kramer, Esq.
　　　　Geraldine A. Cheverko, Esq.
　　　　ECKERT SEAMANS CHERIN MELLOTT, LLC
　　　　81 Main Street, Suite 307
　　　　White Plains, NY 10601
　　　　*Attorneys for Plaintiff GARWARE WALL ROPES, LTD.*

　　　　　　　　　　　　　　　　WILLIAM MONGE

Sworn to before me this
31st day of July, 2007

_____
Notary Public

Nolan E Shanahan
Notary Public, State of NY
No. 02SH5050730
Qualified in New York County
Commission Expires 10/16/09

43520/0016-3106813v1