IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08

---

GARWARE-WALL ROPES, LTD.

                                       Plaintiff,

v.                                         No. 07 Civ. 4851 (PKL)

LAURUS MASTER FUND, LTD.

                                       Defendant.

---

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, by and between counsel for the undersigned parties and, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or a party for whom a receiver has been appointed, that a settlement agreement and release has been executed and that this action and all claims asserted in it by and against Defendant LAURUS MASTER FUND, LTD., are hereby voluntarily dismissed with prejudice and without costs, fees or disbursements to any party as against another party. This Stipulation may be signed in counterparts and signatures by facsimile shall be deemed as good as originals.

Dated: White Plains, New York
       January 14, 2008

{V0005174.1}398/56/Pleadings/Laurus

ECKERT SEAMANS CHERIN & MELLOTT, LLC

Attorneys for Plaintiff

By: *Geraldine Cheverko*
Geraldine A. Cheverko

10 Bank Street, Suite 1061
White Plains, New York 10606

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Attorneys for Defendant

By: _____
Ross J. Ellick

900 Third Avenue, 16th Floor
New York, New York 10022-4728

SO ORDERED: 1/23/08

*Peter K. Leisure*
U.S.D.J.

{V0005174.1}